UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB WINDING,

          Plaintiff,

    v.

JAMES F. LEWIS, et al.,

          Defendants.

No.  2:25-cv-2554 DJC AC (PS)

ORDER

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  ECF No. 77.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 78.  Defendant filed a response to the objections.  ECF No. 79.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 20, 2026 are adopted in full;

2.  The motions to dismiss at ECF Nos. 23, 25, 42, 50 and 63 are GRANTED;

3.  The motion to strike at ECF No. 24 is DENIED as MOOT;

4.  The motions for a temporary restraining order at ECF Nos. 47 and 48 are DENIED; and

5.  This case is DISMISSED in its entirety on the merits, without leave to amend, and the case is closed.


IT IS SO ORDERED.

Dated:   **May 21, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2