UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB WINDING,

Plaintiff,

v.

JAMES F. LEWIS, et al.,

Defendants.

No. 2:25-cv-02554-DJC-AC

ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order adopting the Magistrate Judge's Findings and Recommendations under Federal Rules of Civil Procedure 59(e) and 60(b). (ECF No. 82.) Plaintiff's Motion is denied. Plaintiff has not presented a valid basis for the Court to grant reconsideration. Plaintiff first contends that the Court erred in ruling on the F&Rs while the recusal motions were pending. This is incorrect. The assigned Magistrate Judge previously considered and denied these motions. (ECF No. 77 at 15–17.) Plaintiff also argues that the Court failed to conduct a de novo review because it did not individually address Plaintiff's objections. The Court read and considered Plaintiff's objections and conducted a de novo review. It is not necessary for the Court to discuss each objection. Plaintiff lodges a number of other complaints as to the adequacy of the proceedings but these do not present a

basis for reconsideration. Plaintiff's disagreement with the legal analysis conducted by the Court also does not provide a basis for reconsideration.

Plaintiff has also filed a Motion to Proceed In Forma Pauperis on Appeal. (ECF No. 84.) On review of the affidavit provided by Plaintiff, it is apparent that Plaintiff has an inability to pay fees and costs. *See* Fed. R. App. P. 24(a)(1)(A). However, the Court ultimately denies Plaintiff's request to proceed in forma pauperis. Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken in forma pauperis where "the trial court certifies in writing that it is not taken in good faith." After review of the record, the Court finds that the appeal is frivolous and not taken in good faith. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Reconsideration (ECF No. 82) is DENIED
2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 84) is DENIED. *See* Fed. R. App. P. 24(a)(1); *see also* 28 U.S.C. § 1915(a)(3).
3. Plaintiff's Motion for Temporary Restraining Order (ECF No. 47), Motion to Dismiss (ECF No. 50), and Motion to Appear Telephonically (ECF No. 92) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE